UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PETER MICHAUD and | ) | |
| PAULA MICHAUD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 07-183-B-W |
| | ) | |
| FORD MOTOR CREDIT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed January 4, 2008, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that this matter be and hereby is DISMISSED in its entirety for Plaintiffs' failure to comply with the Procedural Order of December 10, 2007.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 24th day of January, 2008